## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2841 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Gangi et al vs. Bishop, Rossi & LaForte, Ltd. | | |

**DOCKET ENTRY TEXT**

The Court having been informed by telephone that a settlement has been reached, this cause is hereby dismissed with prejudice. Status hearing set for 7/31/2008 is stricken. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|